UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
weSTERN DIVISION

MICHAEL JOHNSON

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**RECEIVED**

DEC 1 8 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

vs.

JASON OAIKE,

PETER G. AIBA,

Lt. KINNISON, Mr. STANKO

SUPERINTENDENT MICHAEL GROHNLAN,

Ms. BENITEZ, RYAN WEEKS,

Mr. Block, SONJA NICKLAUS — SUED IN THEIR INDIVIDUAL CAPACITIES

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 17-50384
(To be supplied by the Clerk of this Court)

— VERIFIED COMPLAINT —
Totality of CONDITIONS Suit

CHECK ONE ONLY:

___X___ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

*1*

## Jurisdiction

This is a civil action authorized by U.S.C. Section 1983 to redress the deprivations, under color of state law, of rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C. Section 1331 & 1343 (a) (3). The Court Also has Jurisdiction under 42 U.S.C. §§ 12101 et seq. (The Americans with Disabilities Act or "ADA"), & 29 U.S.C. § 794 (Section 504 of the Rehabilitation Act. This Court Has Supplemental Jurisdiction for State Laws (torts) at 28 U.S.C. § 1367.

**I.     Plaintiff(s):**

    A.    Name: _MICHAEL JOHNSON_

    B.    List all aliases: _N/A_

    C.    Prisoner identification number: _b63104_

    D.    Place of present confinement: _Dixon Corr. Ctr._

    E.    Address: _2600 N. Brinton AVE., Dixon, Il 61021_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _JASON DAIKE_

            Title: _CORRECTIONAL OFFICER_

            Place of Employment: _Dixon CORR.CTR., 2600 N. Brinton AVE., Dixon, Il 61021_

    B.    Defendant: _Peter G. AIBA BADGE # 3011_

            Title: _CORRECTIONAL OFFICER_

            Place of Employment: _SAME AS ABOVE_

    C.    Defendant: _Mr. Kinudson BADGE # 8090_

            Title: _LIEUTENANT_

            Place of Employment: _SAME AS ABOVE_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

— DEFENDANTS —

I. ~~Plaintiff(s):~~

    A.   Name: _____

    B.   List all aliases: _____

    C.   Prisoner identification number: _____

    D.   Place of present confinement: _____

    E.   Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: MICHAEL GOHMAN

           Title: SUPERINTENDENT

           Place of Employment: SAME AS ABOVE

    B.   Defendant: Ms. BENITEZ

           Title: BEHAVIOR HEALTH TECHNICIAN / QMHP

           Place of Employment: SAME AS ABOVE

    C.   Defendant: RYAN WEEKS

           Title: CORRECTIONAL COUNSELOR

           Place of Employment: SAME AS ABOVE

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

I. ~~Plaintiff(s):~~    — DEFENDANTS —

    A. Name: _____

    B. List all aliases: _____

    C. Prisoner identification number: _____

    D. Place of present confinement: _____

    E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Mh. bLock

        Title: QUALIFiEO MENtAl HEAlth PhoFESSioNAl

        Place of Employment: SAME AS ABOVE

    B. Defendant: OonJA NickIAus

        Title: WARdEN #3

        Place of Employment: SAME AS ABOVE

    C. Defendant: Mh. StANKo

        Title: QUALiFiEO MENtAl HEAlth PhoFESSioNAl

        Place of Employment: SAME AS ABOVE

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III.   Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.   Is there a grievance procedure available at your institution?

YES (✓)  NO ( )   If there is no grievance procedure, skip to F.

B.   Have you filed a grievance concerning the facts in this complaint?

YES (✓)  NO ( )

C.   If your answer is YES:

1.   What steps did you take?
I FILED THREE DIFFERENT GRIEVANCES. ONE OF THEM WAS NOT RESPONDED TO & THE OTHER TWO WERE EXHAUSTED.

2.   What was the result?
THEY FELT THAT THE ISSUES WERE RESOLVED.

3.   If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
YES I APPEALED & THEY FELT THE ISSUES WERE RESOLVED.

D.   If your answer is NO, explain why not:

3

E.   Is the grievance procedure now completed?   YES ( ✓ )  NO ( )

F.   If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )  NO ( )

G.   If your answer is **YES**:

    1.   What steps did you take?

_____

_____

_____

    2.   What was the result?

_____

_____

_____

H.   If your answer is NO, explain why not:

_____

_____

_____

4

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: JoHnson v. Phentice et al
1:16-cv-01244-CSB.

B.  Approximate date of filing lawsuit: June or July of 2016.

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: MICHAEL JOHNSON.

D.  List all defendants: SUSAN PHENTICE, ANDREA MOSS, KELLY HAAG,
LINDA DUCKWORTH, OR. MORANO, Scott McCormick, R. OJELADE
STEPHEN LANTERMAN, ANDREW TILDEN, C/O DEVRIES, C/O MYERS,
C/O HENKEL, SGT. GASPER, Lt BOLAND, MAJOR HASOAN, MS KELLY,
TERRY KENNEDY, MICHAEL MELVIN, WEXFORD.

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District court, central District, Springfield

F.  Name of judge to whom case was assigned: Colin Stehling BRuce.

G.  Basic claim made: A Totality of conditions claim with
Multiple issues raising An eighth Amendment claim.

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It is still Pending.

I.  Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: JOHNSON V. BLANCHARD et al
1:17-cv-01146-610

B.  Approximate date of filing lawsuit: MARCH or APRIL OF 2017

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases:
MICHAEL JOHNSON

D.  List all defendants: DILLON C. BLANCHARD, OFFICER BRITON,
LIEUTENANT ROBINSON

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DISTRICT COURT OF ILLINOIS, CENTRAL DISTRICT.

F.  Name of judge to whom case was assigned: SABA DARROW

G.  Basic claim made: EXCESSIVE USE OF FORCE 8th
AMENDMENT VIOLATION

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still PENDING

I.  Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: JOHNSON V. SULLIVAN DOCKET NUMBER NOT AVAILABLE

B. Approximate date of filing lawsuit: IN 2014 OR 2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: MICHAEL JOHNSON

D. List all defendants: C/O SULLIVAN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DISTRICT COURT OF IL. IN PEORIA

F. Name of judge to whom case was assigned: JAMES SHADID

G. Basic claim made: EXCESSIVE USE OF FORCE, VIOLATION OF 8th AMENDMENT RIGHT TO THE U.S. CONSTITUTION.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): VERDICT IN FAVOR OF THE DEFENDANT IT WAS NOT APPEALED

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

5

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _JOHNSON V. MOSS_
_DOCKET NUMBER NOT AVAILABLE_

B. Approximate date of filing lawsuit: _2014_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_MICHAEL JOHNSON_

D. List all defendants: _ANDREA MOSS, Michael DEMPSEY,_
_ONE OR TWO I CAN'T REMEMBER_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. DISTRICT COURT ???_

F. Name of judge to whom case was assigned: _N/A - DON'T REMEMBER_

G. Basic claim made: _8th AMENDMENT VIOLATION - DENIAL OF_
_MENTAL HEALTH AND MEDICAL TREATMENT AMONGST OTHER_
_THINGS_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _IT WAS DISMISSED AT THE MERIT REVIEW_
_STAGE_

I. Approximate date of disposition: _N/A_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

IV.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number: JOHNSON V. ZOOK I THINK? Docket NUMBER UNKNOWN

B.   Approximate date of filing lawsuit: 2014 OR 2015

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: MICHAEL JOHNSON

D.   List all defendants: ANDREA MOSS, Lt. ZOOK, & About 3 other CORRECTIONAL OFFICERS

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): CENTRAL DISTRICT ???

F.   Name of judge to whom case was assigned: N/A

G.   Basic claim made: EXCESSIVE USE OF FORCE & DENIAL OF MEDICAL TREATMENT IN VIOLATION OF THE 8th AMENDMENT

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): I DISCONTINUED IT DUE TO MY INABILITY TO LITIGATE IT

I.   Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: _JoHNSON V. ~~BUCHEATE~~ BUCHENAE?_
    _CASE/DOCKET NUMBER UNKNOWN_

B.  Approximate date of filing lawsuit: _2012_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
    _MICHAEL JOHNSON_

D.  List all defendants: _ZACHARY BUCHENAE? & OTHERS_
    _MAYBE ONE OR TWO I DON'T REMEMBER._

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. DISTRICT COURT, CENTRAL DISTRICT_

F.  Name of judge to whom case was assigned: _N/A DON'T REMEMBER_

G.  Basic claim made: _EXCESSIVE USE OF FORCE — 8th_
    _AMENDMENT VIOLATION AND DENIAL OF MEDICAL_
    _ATTENTION_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _IT WAS DISMISSED & I DIDN'T APPEAL_
    _BECAUSE I DID NOT KNOW WHAT I WAS DOING_

I.  Approximate date of disposition: _N/A_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

A. NAME OF CASE AND DOCKET NUMBER: JOHNSON V. STUCK

B. APPROXIMATE DATE OF FILING LAWSUIT: 2013

C. LIST ALL PLAINTIFFS, INCLUDING ANY ALIASES:
   MICHAEL JOHNSON

D. LIST ALL DEFENDANTS: Lt. STUCK, : ABOUT 4 OR 5
OFFICERS : A NURSE OR TWO

E. COURT IN WHICH THE LAWSUIT WAS FILED: U.S. DISTRICT
COURT, ~~CENTRAL DISTRICT~~ SOUTHERN DISTRICT

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:
   N/A DON'T REMEMBER

G. BASIC CLAIM MADE: EXCESSIVE USE OF FORCE - 8th
AMENDMENT VIOLATION AND DENIAL OF MEDICAL ATTENTION

H. DISPOSITION OF THIS CASE: IT WAS DISMISSED : I DIDN'T
APPEAL BECAUSE I DID NOT KNOW WHAT I WAS DOING

I. APPROXIMATE DATE OF DISPOSITION: N/A

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: *JOHNSON V. HALFACHE, et al.*

B. Approximate date of filing lawsuit: *9-20-17*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *Lt. Bell, And Klobs probably one more in my lawyers amended complaint. Michael Johnson*

D. List all defendants: *Lt. Bell & Probably one more in my lawyers amended complaint*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *Northern District, Western Division*

F. Name of judge to whom case was assigned: *Phillip G. Reinhard*

G. Basic claim made: *Excessive Force*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *N/A*

I. Approximate date of disposition: *N/A*

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I TRANSFERRED INTO DIXON CORRECTIONAL CENTER ON 12-9-16. ON THIS DATE I WAS GIVEN A MATTRESS BY AN INMATE WORKER WHOSE NAME IS LARRY STRICKLAND # NO2545 (A VOLUNTEER WORKER) AT THE ORDERS OF ¿ UNDER THE DIRECTIONS OF CORRECTIONAL OFFICER JASON DAIKE, WHO WAS THE FIVE DAY OFFICER ON THE 7 TO 3 SHIFT ON X-O, THE UNIT IN WHICH RECEIVED ME UPON ADMISSION OF THE AFOREMENTIONED FACILITY. I PROMPTLY ¿ CONTINUOUSLY VERBALLY INFORMED OFFICER DAIKE OF THE UNSANITARY CONDITION OF THE MATTRESS I WAS PROVIDED WITH. (FOR ALL THE ABOVE SEE EXHIBIT A ATTACHED). EACH TIME OFFICER DAIKE REPLIED TO ME THAT THERE WERE NO OTHER MATTRESSES ANYWHERE IN THE FACILITY FOR ME TO GET. I PERSONALLY SHOWED OFFICER DAIKE THE MATTRESS ¿ HE OBSERVED THE CONDITION ¿ STATE OF IT FOR HIMSELF. I SPECIFICALLY RELAYED TO HIM THAT THE MATTRESS WAS UNSANITARY TO THE UTMOST ¿ TO BE FORCED TO SLEEP ON IT IS CRUEL ¿ UNUSUAL PUNISHMENT. THE MATTRESS IS COMPLETELY COVERED WITH RUST STAINS OF VARIOUS SIZE ¿ COLOR. THE MATTRESS HAS A STRONG URINE STENCH TO IT. SINCE I'VE BEEN SLEEPING ON THIS MATTRESS I'VE BROKE OUT WITH MULTIPLE SOARS ¿ RASHES ALL IN

4

My FACE, All Along My NECK, ON My ARMS, My CHEST ½ My BACK. ■ SEE EXHIBIT B ATTACHED. I WAS ASSIGNED TO A DIFFERENT HOUSING UNIT WHERE I WAS MOVED TO A-WING FROM O-WING ON APPROXIMATELY 12-29-16 ½ WAS ORDERED ½ INSTRUCTED TO BRING MY MATTRESS WITH ME. ■ I'd BEEN SLEEPING ON THIS MATTRESS SINCE 12-9-16 ½ ASKING ½ REPEATEDLY REQUESTING FOR A NEW ONE OR CLEANER ONE, (ONE IN BETTER CONDITION THAN THE ONE I WAS GIVEN), SINCE THIS DATE TO No AVAIL ONCE SO EVER TO ANY DEGREE. ON ONE OCCASION I ASKED SUPERINTENDENT GORMAN SPECIFICALLY FOR A SANITARY MATTRESS ½ I WAS TOLD BY HIM THAT I HAVE TO TAKE WHAT'S AVAILABLE. (SEE EXHIBIT C ATTACHED.) ON ANOTHER OCCASION I ASKED BEHAVIOR HEALTH TECHNICIAN ½ MENTAL HEALTH PROFESSIONAL Ms. BENITEZ FOR A SANITARY MATTRESS ½ EXPLAINING MY DILEMMA with RESPECTS TO My SKIN ISSUE ½ SHE RESPONDED BY LITERALLY SAYING THE EXACT SAME THING THAT GORMAN SAID VERBATIM : "I HAVE TO TAKE WHAT'S AVAILABLE." (SEE EXHIBIT C ATTACHED). SHORTLY AFTER Moving ON A-WING ON APPROXIMATELY 12-29-16, ½ CONTINUOUSLY COMPLAINING ABOUT THE MATTRESS ½ HOW IT WAS BREAKING ME OUT ½ MAKING MY SKIN (THE BIGGEST ½ LARGEST ORGAN OF THE BODY) SICK, ½ AFTER BEING TREATED AS A NUISANCE ½ WITH DISDAIN FOR SO LONG, ON 1-4-17 I REFUSED TO CONTINUE SLEEPING ON THE MATTRESS ½ THE MATTRESS WAS TAKEN OFF THE UNIT BY AN INMATE WORKER

5

Revised 9/2007

Who observed the Horrific state & condition of the mattress first hand. (see exhibit O attached.) I wrote & filed a grievance about the issue & exhausted my administrative remedies as required. (see exhibit E attached.) After refusing to sleep on an unsanitary mattress that was causing me skin infection's & not being provided with another one by correctional officials, I began sleeping on the metal bedframe in my cell with nothing but my sheet & blanket in which I covered up in (please note it was winter time). After a month of sleeping on the metal bed-frame I started developing & experiencing back pains that grew in intensity over time. See exhibit F attached. On 3-4-17 on the 1 to 3 shift at the approximate time of 9:40 A.M. on the unit of X-A in the dayroom I climbed over the top tier railing considering jumping over the second gallery railing due to me being denied a crisis team member by Lt. Kinuoson & officer AIBA. I was depressed & experiencing emotional & mental turmoil & anguish due to the fact that I was sleeping on a metal bedframe with no mattress due to correctional officials' refusal & denial to accommodate & provide me with a sanitary mattress. I became so depressed to the point where I wanted to kill myself (commit suicide) due to correctional officials & mental health personnel ignoring my cries & repeated requests for a sanitary mattress.

Revised 9/2007

(SEE EXHIBIT G ATTACHED). I Told Lt. Kinnason & officer Alba That I was Going To kill myself Because nobody was Taking me seriously with my issues. I am a seriously mentally ill inmate who suffers from The mental disease of Bipolar. Lt. Kinnudson Talked me down from The hailing & I was Placed on chisis watch. After Being Placed on clisis watch I cursed out every officer on every shift as well as the mental Health Professional MR. Stanko & They retaliated Against me By not Giving me a Blanket & Forced me To sleep on a cold metal Bedframe with no sheet or matthess in a cold cell & I was not Given Breakfast, Lunch, or Dinner For Two Days. (SEE EXHIBIT H ATTACHED). I whote a Chievance About The 3-4-17 incident & sent it To The Counselor But The Counselor never Sent it Back. After all This, I Received a Matthess (one in Poor Condition) on 3-7-17. on Approximately 1-11-17 on The 7 To 3 Shift, In Addition To The Above, I spoke with Counselor hyan weeks About Hygiene Supplies & materials For Indigent inmates & He helayed To me That There was no Toothpaste For Indigent inmates & He doesn't exactly Know when There will Be. Phior To That conversation I had hequested For Indigent Hygiene Supplies & was not Phovided with any Toothpaste once so ever. I am Indigent & cannot obtain Toothpaste on my own. I am Completely Dependent on The State/Department For Such. It Took Eight Months For me To Get Some toothPaste From The Counselor So I could Brush my Teeth on a hegular Basis For my oral

Hygiene & Health. Throughout the course of this time I ~~experience~~ experienced bleeding gums, pain in the back of my mouth, recessive gums & gingervitis. I went to see the dentist on two different occasions whose only remedy was to pull my teeth in which I refused. Dixon corr. ctr. has no dental hygientist & I had no access to mouth wash or dental floss once so ever. Counselor Weeks told me it was the Assistant Warden's responsibility to make that indigent hygiene ~~to~~ supplies are in stock in which counselor Weeks & Assistant Warden Sonja Nicklaus failed to do for eight months making me suffer causing me great distress. I filed a grievance on this issue & exhausted my administrative remedies as required. See exhibit I attached. These issues are combined to form a totality of the conditions suit. I am a qualified individual with a disability. I finally received some toothpaste from counselor Ryan Weeks on 8-15-17. The wardens are the overseers of all programs & operations & failed to reasonably prevent & resolve these issues in any meaningful way once they were put on notice.

V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be compensated $100,000 for compensatory, punitive, & nominal damages for violations of the 8th Amendment, Intentional Infliction of Emotional & Mental Diothess Under State Law, AOA & Section 504 of the Rehabilitation Act, for the Defendants to pay the cost of this Litigation, to expunge my Institutional DEBt. Money Damages lodged against Defendants as a whole.

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _17th_ day of _August_, 20_17_

_Michael Johnson_
(Signature of plaintiff or plaintiffs)

_Michael Johnson_
(Print name)

_R103104_
(I.D. Number)

_Dixon Corr. Ctr._
_2600 N. Brinton Ave._
_Dixon, Il 61021_
(Address)

— VERIFICATION —

I have read the foregoing complaint & the matters alleged therein are true, except as to matters alleged on information & belief. I certify under penalty of perjury that the foregoing is true & correct. As to those, I believe them to be true.

6

STATE OF ILLINOIS )
                  ) ss
COUNTY OF _Lee_  )

*EXHiBiT A*

*Larry Strickland*

<u>AFFIDAVIT</u>

I, ~~Larry Strickland~~ , do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

On 12-9-16 I think that was the Day. I gave INMate Johnson a mattress That was Completely unsanitary Extremely Filthy And smelled of urine. The officer on the wing Instructed me to give him The mattress. It was The only mattress Available. I Beared witness To inmate Michael Johnson, Make Repeated Request For Another Mattress, To multiple correctional Personnel. I will Testify In this in a court of Law.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _15_ day of _Feb._ , 201_7_.

_Larry Strickland  N-00545_
Affiant

A66

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

**Dixon Correctional** _____ **Center**

EXHiBit B

**Rash**

| Offender Information: |
|---|
| **Johnson** Last Name | **Michael** First Name | MI | ID#: **R63104** |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/09/16 4:50p | **S) - How long have you had a rash** <br> "A few weeks" | **P) MD Referral** |
| | **- Any past similar episodes** <br> Yes | **- Chicken Pox/Shingles/Staph (MRSA) infection or scabies suspected** <br> NP Tuell notified |
| | **- If so how treated** <br> Hydrocortisone | **- Condition with abnormal vital signs** |
| | **- Were you in contact with any known or new irritant (i.e., soap, different foods, environmental exposure, etc)** ∅ | **- Lesions around eyes** |
| | **- Any Hx of allergies** <br> Risperdal | **- Lesions with signs of infection** |
| | **- How often do you wash and kind of soap used** <br> Bar Soap | **- Skin condition resistant to TX protocol or associated with infection** |
| | **- Does the rash itch or burn** <br> Itch around neck | **- Draining lesions** |
| | | **- HIV (+)** |
| | **O)** <br> T 97.9  P 87  R 18  BP 100/76  WT — | **- Recurrent symptoms** |
| | **- Note location, type of rash and size** <br> Neck/collar area, dry patch | **- Known contact with infectious individual** |
| | **- Observe all skin eruptions for signs of infection: heat, redness, drainage or honey-colored circular lesions, which could indicate a staph infection and requires MD Referral** ∅ | **No MD Referral** |
| | **- List of medications** <br> Depakote 500mg bid  Benadryl 100mg Q HS <br> Prozac 10mg Q AM | - Cleanse skin gently |
| | **- HIV status** | - Hydrocortisone 1.0% Cream, apply topically bid to rash. Do not apply to open wounds or lesions or suspected fungal infections. May use if needed for up to 7 days |
| | **- Check for any associated secondary infections** ∅ | |
| | | OVER |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) <br> (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Dixon Correctional Center

**EXHIBIT B**
**Rash (Cont.)**

| Offender Information: | | ID#: RL 3104 |
|---|---|---|
| Johnson | Michael | |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | **Patient teaching** |
| | | - Avoid substances causing the problem |
| | | - Medication use |
| | | - Avoid scratching and picking to prevent infection |
| | | - Cold showers may give temporary relief |
| | | - Encourage exposure to air when possible |
| | | - Keep the involved area clean and dry |
| | | - Importance of follow-up in sick call if no impr. is seen with treatment, or if symptoms worsen. |
| | | **Follow-Up** |
| | | - Return to sick call if symptoms worsen or persists after treatment plan is followed. |
| | | NP Twell Notified - notify if area develops blisters / worsens |
| | | **Nurse Signature** |
| | A) Alteration in skin integrity | Payment voucher    YES    NO |

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

Distribution: Offender's Medical Record          Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

DIXON _____ Center

EXHIBIT B

**Offender Information:**

| | | |
|---|---|---|
| Johnson | Michael | ID#: R6 3104 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/29/16 2p | RN NOTE: Pt. moved from D12 → A66, no pt. contact —— Ulagu | |
| 1/2/17 1700 | RN NOTE: Pt requested to use nail clippers, clippers used & returned s incident —— | Ulagu |
| 1/03/17 0730 | RN note/s: "That rash aint gone for like a month now." — O: "I'm previously treated for possible shingles/rash. I'm has unopened slightly raised areas across his body, neck, extremities, & 1 on his face. I'm denies any other complaints. Temp 97.4 Contacted wP per Rash protocol & prior regarding worsening of rash. A: Altered Skin Integrity. | P: New orders received to place I'm on provider line for 1/25/17. Also start AFC & hydrocortisone cream BID. I'm informed. Verbalized understanding. |

Printed on Recycled Paper

_____ CC _____ Center

EXHiBiT B

Offender Information:

Johnson     Michael          R63104
Last Name        First Name        MI        ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/17/17 | Admission Review Committee | Review in Comm |
| | Inappropriately placed | |
| | a this lvl | illegible signature |
| | **MD VISIT**  B/P ___ TPR ___ WT ___  CC: Rash x 1 month | |
| 01/25/17 @ 1345p | [S] Pt states that he has an intermittent rash to his back, et chest et arms. C/o itching. S/R that this rash occurs often and sometimes needs ATB. | [PE/A] #Tolnaftate #Hydrocortisone mix. #Scheduled to F/U on 2/22/17 v.u. [illegible] Kuershan FNP |
| | [O] Pt has a scattered rash c̄ normal skin in between acne type areas, in various levels of healing. | |
| | [A] Questionable acne vs fungal rash | |

signature 1-25-17 1030p

**Offender Outpatient Progress Notes**

Dixon Correctional Center

Offender Information:

Johnson                    Michael                    MI    ID#: R63104
Last Name                    First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/9/16 11:00am | en Note: Recieved at Dixon STC. Chart reviewed. Orders verified. MAR created; copy to pharmacy. No clinics at this time. Problem list updated. Food handler approved. | M Carpenter, RN |
| 1-9-17 | Psych See Doc 0902 | Cont. Risperdal 800 g BID PRozac 10 g AM Labs: ① CMP ② CBC ③ VPA level DGulbranson RN 1/9/17 6:10pm |
| 1-13-17 | | |

STATE OF ILLINOIS )
                  ) SS
COUNTY OF Lee     )


### A F F I D A V I T    EXHiBiT C

I, William Holtz B29766 , under penalties as provi-
ded by law pursuant to Section 1-109 of the Code of Civil Proce-
dure, the undersigned certifies that the statements set forth in
this instrument are true and correct, except as to matters therein
stated to be on information and belief and as to such matters the
undersigned certifies as aforesaid that he verily believes the
same to be true.

I BEAR witness TO MichAel JhonSon R63104 RepeatedlY
ReQuest FoR A MATTRess To SupeR gorman And otheR
CORRECTiONAl oFFiCeRs. I SAW The MATTRess
That JhonSon CAMe on the UNit Whit
WAS ReAl NASTY To SleepON I SAW JhonSon
REFuSe To Sleep on the MATTRess DuE
To the RASHes and SoaRS He WAS getTiNg,
They didn't BRing Him a NAother MATTRess
gRomAN AND MRS BeNitez Told JhonSon He
tAke ~~the in~~ WhAt WAS A AvAILABle

_____

_____


Subscribed and Sworn to before
me this 21st day of Feb,
2017.

Salga Joos
Notary Public

Respectfully Submitted,

William Holtz
Affiant
Name: William Holtz B29766
ID#
      DiXoN
      Correctional Center

OFFICIAL SEAL
SALLY A. JOOS
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jul 12, 2020

(STATE OF Illinois)

(County of Lee)

(AFFiDAViT / DeclaRATioN) EXHiBiT-O

PuRSuANT TO 28 U.Sc. 1746 I I/M Daniels, PATRICE #B-70662 HOUSED AT Dixon C.C. veRiFy /STATE under penalty of perjury that the Following is true AND correct: AtleAST 30 days ago I observed the condition of I/M Michael JohNson's mattress AND I was personAlly the one who disposed of it. It was in Abhorrent shape. It was fiHhy, torn, stained, Foul odored, And FRANkly - unuseAble - which is why it was disposed of. (He has noT Recieved a RepLAcement.)

Signature: Mt. Patrice J. C
Date : 2|4|17
#B2066I

STATE OF ILLINOIS )
                    ) SS
COUNTY OF *LEE*     )

### A F F I D A V I T    Exhibit O

I, *Pathice OANiEls #B70662*, under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

At LEAST 30 DAys AGo I OBSERVED THE CONDITION OF INMATE Michael Johnson's MATTRESS AND I WAS PERSONALLY THE ONE WHo DISPOSED OF IT. IT WAS IN ABHORENT SHAPE. IT WAS FiLtHy, TORN, STAINED, Foul & ODORED; AND FRANKLY unUSABLE WHicH IS WHy IT WAS DISPOSED OF. HE HAS NOT RECEIVED A REPLACEMENT.

OFFICIAL SEAL
MARGARET THOMAS
Notary Public - State of Illinois
My Commission Expires 8/25/2019

Subscribed and Sworn to before me this __9__ day of _Feb._, _2017_.

_Margaret Thomas_
Notary Public

Respectfully Submitted,

_[signature]_

Affiant
Name: _PAtrice Daniels_
ID# _B70662_
_Dixon_ Correctional Center

Bruce Rauner
Governor



John Baldwin
Acting Director

*EXHiBiT E*

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: Johnson, Michael          Date: July 11, 2017

Register # R63104

Facility: Dixon

This is in response to your grievance received on 4/16/17. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 1/24/17 Grievance Number: 17-2-46 Griev Loc: Dixon

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ◉ Conditions (cell conditions, cleaning supplies) matters 1)
- ○ Disciplinary Report dated _____
  Incident # _____
- ◉ Other Series Dec 12016

Based on a review of all available information, this office has determined your grievance to be:

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ○ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: Mixed Matters issue appears Resolved. You don't write you ever contacted Heil, which you should do for all medical issues.

FOR THE BOARD: S. Benton          CONCURRED: John R. Baldwin
Sherry Benton                                    John R. Baldwin
Administrative Review Board                    Acting Director

CC: Warden, Dixon Correctional Center
Johnson, Michael , Register No. R63104

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** 2-10-17          **Date of Review:** 3-15-17          **Grievance #** (optional): 17-2-46

**Offender:** Michael Johnson                                          **ID#:** R63104

**Nature of Grievance:** Living conditions-mattress issuance

EXHiBiT E

**Facts Reviewed:** This Grievance Officer notes Inmate Johnson's grievance regarding a mattress being issued to him. Counselor Weeks indicates Offender refused a mattress that was determined to be in appropriate condition by IDOC staff. Some of these mattresses may show signs of being previously used. Upon further review, CO Ripski indicates Inmate Johnson has a mattress in his assigned cell at this time.

**Recommendation:** Grievance has been resolved

James Martens CCII
Print Grievance Officer's Name                    Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 3 21 17      ☒ I concur      ☐ I do not concur      ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                    Date 3 21 17

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature          ID# R63104          Date 3-24-17

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

EXHIBIT E

| Date: 1-24-17 | Offender: (Please Print) MICHAEL JOHNSON | ID#: R63104 |
|---|---|---|

**Present Facility:** Dixon C.C. C.C.  **Facility where grievance issue occurred:** Dixon C.C. C.C. 17-2-46

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA UNSANITARY
- [x] Other (specify) MATTRESS

- [ ] Disciplinary Report: ___/___/___
  Date of Report          Facility where Issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I TRANSFERRED INTO THIS FACILITY ON 12-9-16. ON 12-9-16 I WAS GIVEN A MATTRESS BY AN INMATE WORKER AT THE ORDERS OF & UNDER THE DIRECTIONS OF CORRECTIONAL OFFICER QUIKE, WHO WAS THE FIVE DAY OFFICER ON THE 7 TO 3 SHIFT ON X-O, THE UNIT IN WHICH RECEIVED ME UPON ADMISSION OF THE AFOREMENTIONED FACILITY. I PROMPTLY & CONTINUOUSLY VERBALLY INFORMED OFFICER QUIKE OF THE UNSANITARY CONDITION OF THE MATTRESS I WAS PROVIDED WITH. EACH TIME OFFICER QUIKE REPLIED TO ME THAT THERE WERE NO OTHER MATTRESSES

**Relief Requested:** TO BE PROVIDED WITH A SANITARY MATTRESS THAT HAS A SLIP COVER & /OR CAN BE WIPED DOWN & CLEANED IN A MEANINGFUL & REASONABLE MANNER. FOR CORRECTIVE ACTION TO FOLLOW

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Michael Johnson | R63104 | 1/24/17 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

**Date Received:** 2/1/17

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Offender refused a mattress that was determined to be appropriate condition by IDOC staff.

| R. Weeks | | 2/3/17 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

**Date Received:** ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| | ___/___/___ |
|---|---|
| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Exhibit E

Anywhere in the facility for me to get. I personally showed Officer Dulke the mattress ; he observed the condition ; state of it for himself. I specifically relayed to him that the mattress was unsanitary to the utmost ; to be forced to sleep on it is cruel ; unusual punishment. For the record the mattress was originally white ; it is a cloth mattress with cotton on the inside. But now the mattress is completely ; literally covered with all kinds of stains. One side of the mattress is completely covered with rust stains. The color of the mattress on this side is a brownish-red. The other side is blinded with stains of various size ; color. The mattress has a strong, urine stench to it. Since I've been sleeping on this mattress I've broke out with multiple boils ; rashes all in my face, all along my neck, on my arms, my chest ; my back. I was assigned to a different housing unit where I was moved to A-wing from O-wing on approximately 12-29-16 ; was ordered ; instructed to bring my mattress with me. I've been sleeping on this mattress since 12-9-16 ; asking ; repeatedly requesting for a new one or a cleaner one, (one in better condition than the one I was given), since that date to no avail once so even to any degree. This grievance is officially alerting ; informing this institution ; the proper personnel to the issue herein ; I seriously hope that this issue can be remedied as soon as possible or at the most earliest ; or reasonable convenience of institutional personnel ; staff. For this issue is wholly within the means of the institution/administration to remedy. This issue is not frivolous nor moot. It is a serious issue of sanitation dealing with an unsanitary mattress ; an issue of health in relation to my skin (the biggest organ of the body). I have raised this issue to Lt. Ralph, C/o Glenn, C/o Heaton, C/o Ripsky, Lt. Bell, Ms. Benitez who is apart of the mental health staff, C/o Alba, Counselor Hernandez, Counselor Weeks, ; Superintendent Gorman to no avail. At the moment I am currently sleeping on a metal bed frame due to my refusal to continue to sleep on an unsanitary mattress that was deteriorating the health of my skin. Please refer to the relief requested section on the front of this grievance ; a copy of it in my master file. I've been sleeping on a metal bed-frame since 1-4-17.

PLACE

I've been sleeping on a metal bed-frame since 1-4-17. All personnel listed named are aware of this.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Dixon Correctional__ Center

EXHiBiT F
BACK PAIN (Cont.)

Offender Information:

Johnson          Michael          ID#: RL63104
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-14-17 Cont | - Gait disturbance  _Gait steady_ | **Patient Teaching:** |
| | - Any change from sitting to standing  _WNL_ | (·) If injury could have been prevented, instruct on safety Measures |
| | - Swelling  ∅ | (·) Proper body mechanics |
| | - Redness  ∅ | (·) Avoid weight lifting, strenuous activity (Sports restriction) |
| | - Bruises  ∅ | (·) Back exercises when indicated by MD |
| | - Tenderness to touch  _Slight_ | (·) Recommend moist heat, e.g. warm shower when available. |
| | - Range of motion  _WNL_ | - Back exercises if indicated  _N/A_ |
| | - Distress or pain with movement  "Sometimes" "walking or moving around, bending" | (·) Allow 48 hours of trial with simple analgesic |
| | | (·) Return to sick call if symptoms persist or ~~sen~~  _To be added to Provider Lir_ |
| | | - If obesity present – weight loss counseling  _N/A_ |
| | | **Follow up:** |
| | | (·) If discomfort worsens or persists and prevents the patient from carrying out normal activities, return to sick call. |
| | | Nurse Signature  _Vacciaar_ |
| | A) Impaired Comfort | Payment voucher  (YES)  NO |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Distribution: Offender's Medical Record          Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Dixon Correctional** Center

*EXHIBIT F*
**BACK PAIN**

Offender Information:

Last Name: _Johnson_   First Name: _Michael_   MI: ___   ID#: _R63104_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-14-17 8:30am | **S) - Rate the pain (1-10)** <br> "8-9" <br> - Cause of pain <br> Unknown <br> - Was the pain immediate or delayed <br> "Feels worse" <br> - For how long <br> "Few weeks" <br> - Location <br> mid back <br> - Pattern (radiation) what worsens / eliminates <br> "Nothing" <br> - Color of urine <br> "light yellow" WNL <br> - Frequency <br> "No" <br> - Any pain on urination <br> "No" <br> - History of back problems and/or surgery <br> Unknown <br> - Fever    chills    night sweats    dysuria <br> Ø <br> - Increase in pain with cough <br> "No" <br> - Are you taking any medications <br> Doxycycline <br> - Any trauma <br> "No" <br> - Any bowel or bladder incontinence <br> "No" <br> **O)** <br> T    P    R    BP    WT <br> Refused | **P) Urgent Referral:** <br> - Sudden back pain with hypotension and/or tachycardia or fever. <br> - Inability to work or severe gait disturbance or change in continence. <br> - Verify meds and allergies prior to treatment <br> **Refer to MD if:** <br> - Abnormal vital signs, temp greater than 100 <br> - Loss of sensation or numbness <br> - Foot drop <br> - Difficulty ambulating <br> - Dark or bloody urine <br> - No improvement after 48 hour trial of Treatment Protocol <br> **When no MD referral:** <br> - Ibuprofen 200 mg, 1-2 TID PRN with meals X 3 days (18 tablets) <br> - Or Acetaminophen 325 mg., up to 3 tabs TID PRN for up to 3 days (18 tablets) <br> - Avoid sporting activities until pain has been gone for at least two weeks <br> - Begin gentle strengthening exercises as early as possible and observe proper lifting techniques. (provide exercise packet)  N/A <br> - Complete injury report DOC0313  N/A <br> - Urinalysis dip, if urinary symptoms present  N/A <br> **OVER** |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Dixon _____ Center

Offender Information:

Johnson Michael ID#: R63104
Last Name                    First Name        MI

EXHIBIT F

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 03/15/2017 @ 12:45 p | NP visit [S] Pt reg pain medication for chronic low (L) sided back pain. Denies trauma. Denies N or T. Denies B or B changes. [O] (+) L leg active raises (−) L leg passive (−) R leg passive et active. Ø swelling, Ø S/S of trauma. distal CMS intact [A] # Back Strain. | [PE/P] # Robaxin et Naproxen as directed. # F/U PRN v.u Allerghen FNPBC Doane 3/15/17 10P |

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Dixon** _____ **Center**

Offender Information:

Last Name: _Johnson_  First Name: _Michael_  MI: ___  ID#: _B63104_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-09-17 | See NOC-0902 | Stop Depakote 500g PM |
| | | Norco 10 AM |
| | | both until 9-29-17 |
| | | Labs: ① LFT's |
| | | ② CBC |
| | | ③ RP Nord |
| | | ③ VPA level |
| | | all in 15 days |
| | | F/U ( none |
| | | |
| | | |
| | | |
| | | Drain 145A |
| | | 3/30/17 |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

_Printed on Recycled Paper_

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**

EXHIBIT G

**Type of Report:** ☒ Disciplinary ☐ Investigative

Facility: [illegible]

Date: 3-4-17

Offender Name: Johnson, Michael

ID #: R63104

Observation Date: 3-4-17 Approximate Time: 9:45 ☒ a.m. ☐ p.m. Location: DPU XA - Dayroom

**Offense(s): DR 504:** 210 Abuse of privileges 307 Unauthorized movement

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approx time [illegible] Johnson [illegible] scheduled dayroom time. During this time [illegible] Johnson started yelling "Fuck this shit I'm about to [illegible]" [illegible] Johnson [illegible] over the top gallery [illegible] and said "Fuck this shit [illegible] going to fucking jump" [illegible] continue [illegible] and this [illegible] the dayroom. Lt. [illegible] responded and talked [illegible] Johnson over the rail and secured him in [illegible] [illegible] Johnson was escorted off wing. No injuries to [illegible] or staff. [illegible] Johnson was ID'd by [illegible] ID and [illegible]. EOR

Witness(es): Lt [illegible] 8090

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |
|---|---|---|---|---|
| P. Allen | 3611 | [signature] | 3-4-17 | 9:59 ☒ a.m. ☐ p.m. |

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement ☐ Investigative Status Reasons:

Printed Name and Badge # | Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer) | Date

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer Comment:

☒ **Major Infraction**, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction**, submitted to Program Unit

[illegible] | [signature] | 3-4-17

Print Reviewing Officer's Name and Badge # | Reviewing Officer's Signature | Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge # | Hearing Investigator's Signature | Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign [illegible]

Offender's Signature | ID#

| Serving Employee (Print Name) | Badge # | Signature |
|---|---|---|
| C/O Johnson | 3107 | [signature] |

| Date Served | Time Served |
|---|---|
| 3-4-17 | 4:18 ☐ a.m. ☒ p.m. |

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature | ID#

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report | Print offender's name | ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable)

Witness can testify to:

Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable)

Witness can testify to:

Page 1 of 1

Distribution: Master File, Offender, Facility (2)

*Printed on Recycled Paper*

DOC 0317 (Rev. 2/2007)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

DIXON CORRECTIONAL _____ **Center**

EXHiBiT H

Offender Information:

Last Name: Johnson — — First Name: Michael    MI    ID#: R163104

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/4/17 11:46am | RN note: S "Leave me alone". O- AtOx3, Refusing VS and any medical at this time. Angry and very agitated at this time. A- 10 minute crisis watch. | P- 10 minute crisis watch. K Engel RN |
| 3/4/17 7pm | RN note: Denied need for sick call, remains on 10" watch | Uung' |
| 3/5/17 3am | RN note: Cont 10" watch | OHaenitote |
| 3/5/17 12pm | RN note: Pt moved to a 15" watch | T Vaughn RN |
| 3/5/17 6pm | RN note: Denied need for sick call, remains on 15" watch | Uung' |
| 3/6/17 3A | RN note: remains on 15" watch | T Vaughn RN |
| 3/6/17 11Am | RN note: moved to a 30" watch | T Vaughn RN |
| 3/6/17 6pm | RN note: Denied need for sick call, Remains on a 30" watch | K Engel RN |
| 3/6/17 10p | RN note: remains on 30" watch | Danee RN |
| 3/7/17 12:15p | RN Note: Crisis watch discontinued. Patient moved to D46 | M Carpenter RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

DIXON CORRECTIONAL Center

Offender Information:

Johnson          Michael          ID#: N63104
Last Name        First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Bruce Rauner
Governor

John Baldwin
Acting Director

EXHiBiT I

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Johnson, Michael_  Date: _July 13, 2017_

Register #: _R63104_

Facility: _Dixon_

This is in response to your grievance received on _4/10/17_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _1/24/17_  Grievance Number: _17-2-45_  Griev Loc: _Dixon_

- O Transfer denied by the Facility or Transfer Coordinator
- O Dietary _____
- O Personal Property _____
- O Mailroom/Publications _____
- O Assignment (job, cell) _____

- O Commissary _____
- O Trust Fund _____
- O Conditions (cell conditions, cleaning supplies)
- O Disciplinary Report dated _____  Incident # _____
- Ⓞ Other _Hygiene bag, no deodorant or tooth paste_ _Dec/2016 - Jan/2017_

Based on a review of all available information, this office has determined your grievance to be:

- O Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____
- O Denied, in accordance with DR504F, this is an administrative decision.
- O Denied, this office finds the issue was appropriately addressed by the facility Administration.
- O Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- O Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- O Denied as the facility is following the procedures outlined in DR525.
- O Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- O Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- O Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _Per Contact with facility Resolved._

FOR THE BOARD: _S. Benton_  CONCURRED: _John R. Baldwin_

Sherry Benton
Administrative Review Board

John R. Baldwin
Acting Director

CC: Warden, _Dixon_ Correctional Center, _Johnson, Michael_, Register No. _R63104_

_Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization._

www.illinois.gov/idoc

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: 2-10-17          Date of Review 3-15-17          Grievance # (optional): 17-2-45

Offender: Johnson, Michael          ID#: R63104          *EXHiBit I*

Nature of Grievance: Indigent

**Facts Reviewed:** This Grievance Officer notes allegations of staff misconduct have not been substantiated. Inmate Johnson indicates he has received some indigent supplies but has not received toothpaste and deodorant.

This Grievance Officer notes every effort is made to ensure every offender has access to maintain good grooming habits on a regular basis. Personal items can be purchased at the commissary and some indigent supplies can be received if deemed indigent. Indigent supplies are distributed based upon availability and as inventories allow. Records indicate Inmate Johnson is receiving available indigent supplies monthly.

**Recommendation:** Based upon a total review of all available information, this Grievance Officer is reasonably satisfied Inmate Johnson's grievance was addressed and recommends the grievance be denied.

James Martens CCII
Print Grievance Officer's Name                     Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 3/16/17          ☒ concur          ☐ I do not concur          ☐ Remand

Comments:

Chief Administrative Officer's Signature          3/16/17
                                                    Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Michael Johnson                     R63104          3-27-17
Offender's Signature                     ID#          Date

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 1-24-17 | Offender: (Please Print) Michael Johnson | ID#: R63104 |
|---|---|---|

| Present Facility: Dixon Corr. Ctr. | Facility where grievance issue occurred: Dixon Corr. Ctr. |
|---|---|

17-2-45

EXHIBIT I

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA  INADEQUATE
- [x] Other (specify): INDIGENT SUPPLIES

- [ ] Disciplinary Report: ___/___/___
  Date of Report      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     Chief Administrative Officer, only if EMERGENCY grievance.
     Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON APPROXIMATELY 1-11-17 ON THE 7 TO 3 SHIFT THIS GRIEVANT
SPOKE WITH COUNSELOR RYAN WEEKS ABOUT HYGIENE SUPPLIES &
MATERIALS FOR INDIGENT INMATES ; HE RELAYED TO ME THAT
THERE IS NO TOOTHPASTE OR DEODORANT FOR INDIGENT INMATES
; HE DOESN'T EXACTLY KNOW WHEN THERE WILL BE. PRIOR TO
THIS CONVERSATION I HAD REQUESTED FOR INDIGENT HYGIENE
SUPPLIES ; WAS ONLY SENT A BAR OF SOAP, A MINIATURE BOTTLE
OF SHAMPOO, A TOOTH-BRUSH ; THAT'S IT AS A COMPLETELY &
THOROUGHLY INDIGENT INMATE I HAVE ABSOLUTELY NO WAY AT ALL

**Relief Requested:** TO BE PROVIDED WITH TOOTH-PASTE ; DEODORANT
TO MAINTAIN MY BODILY ; ORAL HYGIENE ON A DAILY
BASIS.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Michael Johnson | R63104 | 1, 24, 17 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| | **Counselor's Response** (if applicable) | |
|---|---|---|

| Date Received: 2, 1, 17 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** When hygiene items become available
they will be sent to offender upon request.

| R Weeks | | 2, 3, 17 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

3/1.

---

| | **EMERGENCY REVIEW** | |
|---|---|---|

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance<br>[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | | ___/___/___ Date |
|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

EXHiBit I

OF OBTAINING SUCH ITEMS TO MAINTAIN My HyGIENE IN WHICH
IS A BASIC NECESSITY OF HUMAN LIFE ; AND FULLY DEPENDENT
UPON THE INSTITUTION/STATE TO PROVIDE SUCH ITEMS ;
NECESSARY MATERIALS TO ME. I AM #2,000.00 IN DEBT TO
THE STATE ; THE RECEIVING OF STATE PAY FOR PURCHASING
SUCH ITEMS IS NONEXISTENT FOR ME. I HAVE BEEN FORCED
TO GO OVER THIRTY DAYS WITHOUT ANY TOOTHPASTE TO BRUSH
My TEETH OR PUT ON DEODORANT TO CURB PERSPERATION OF THE
BODY. THIS IS MOST CERTAINLY CRUEL ; UNUSUAL PUNISHMENT.
FOR THE HEALTH OF My TEETH ; MOUTH (ORAL HyGIENE) IS
EXCLUSIVELY DEPENDENT UPON MY ABILITY TO BRUSH MY
TEETH AFTER MEALS, OR AT LEAST TWICE A DAY, ON A
DAILY BASIS IN WHICH THIS INSTITUTIONS IS PREVENTING ;
PROHIBITING ME FROM DOING BY NOT PROVIDING THE
NECESSARY MATERIAL, OR MAKING THEM AVAILABLE, TO CARRY
OUT SUCH NECESSARY HyGIENIC FUNCTIONS. AS A RESULT OF
SUCH DELIBERATE INDIFFERENCE AT THE HANDS OF CORRECTIONAL
OFFICIALS, My TOOTH IN My MOUTH, ON THE FAR RIGHT SIDE IN
THE BACK ON THE BOTTOM, IS CAUSING ME PROBLEMS ; GIVING
ME PAIN. IT IS AGGRAVATED ; THE WORSENING INCREASES
WITH THE COMING ; GOING OF EACH MEAL. THIS MATTER
WILL MOST CERTAINLY WORSEN OVER TIME AS My ORAL HyGIENE
IS NEGLECTED ; UNABLE TO BE MAINTAINED DUE TO NO FAULT
OF My OWN. PEOPLE CONTINUOUSLY INFORM ME THAT MY BREATH
STINKS WHEN I SPEAK WITH THEM. NOT ONLY IS THIS HAVING A
PHYSICALLY ADVERSE AFFECT UPON ME BUT IT IS ALSO
AFFECTING ME PSYCHOLOGICALLY ; EMOTIONALLY AS WELL. IT IS
THE COUNSELOR'S OBLIGATION TO DISTRIBUTE SUCH MATERIAL ;
IT IS THE ASSISTANT WARDEN OF PROGRAMS' OBLIGATION TO
ENSURE THAT THESE ITEMS ARE STOCKED. PLEASE REFER TO
RELIEF REQUESTED ON FRONT OF THIS DOCUMENT ; PLACE
A COPY OF THIS GRIEVANCE IN My MASTER FILE.

Distribution: Master File; Offender

DOC 0046 (8/2012)

Michael Johnson R-63104
2600 No. Brinton Avenue
Dixon, Illinois 61021

U.S. DISTRICT COURT

Northern District of Illinois

327 So. Church Street

Rockford, Illinois  61101

Legal Mail