IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Michael Johnson | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:17 CV 50384 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Jason Dalke, et al. | ) | |
| Defendants. | ) | |

# REPORT AND RECOMMENDATION

     A hearing was held on 2/21/2020 on the plaintiff's motion for leave to proceed in forma pauperis [35]. The plaintiff failed to appear. Michael Johnson was ordered to appear in person for the 2/21/2020 hearing. (See Dkt. #36.) In light of the plaintiff's failure to appear at the hearing, it is this Court's Report and Recommendation that the case be dismissed for want of prosecution. Any objection must be filed by 3/6/2020. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: 2/21/2020                                                              /s/ Iain D. Johnston
                                                                                                      U.S. Magistrate Judge

(:04)