# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Michael Johnson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17 C 50384 |
| v. ) | |
| ) | Judge Philip G. Reinhard |
| Jason Dalke, ) | |
| ) | |
| Defendant. ) | |

## ORDER

     This matter comes before the court on the Order, Report and Recommendations ("R & R") [37] of Magistrate Judge Johnston recommending that the court dismiss this case for want of prosecution. The court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. *See* FED. R. CIV. P. 72(b)(3). The court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). In this case, the court has received no objections to the R & R (*see* [37], showing that objections were due by March 6, 2020). The court has reviewed the record in this case and finds that the February 21, 2020, R & R is not clearly erroneous. Accordingly, the court adopts in its entirety Judge Johnston's R & R. Plaintiff's complaint is dismissed without prejudice for failure to prosecute. Any pending motions are stricken as moot. Final judgment will enter.

Date: 3/13/2020            ENTER:

                                                 */s/ Philip G. Reinhard*
                                                United States District Court Judge

Notices mailed by Judicial Staff. (LC)